

**ORDERED in the Southern District of Florida on August 15, 2017.**

*Paul G. Hyman, Jr., Judge*
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION**
www.flsb.uscourts.gov

In re:

AA FLORIDA BRIDAL RETAIL
COMPANY, LLC, *et al.,*

      Debtors.
_____/

**Case No. 17-18864-PGH**
Chapter 7
(Joint Administered)

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF ORDER
APPROVING MODIFIED PROCEDURES FOR FILING
PROOFS OF CLAIM AND AUTHORIZING CLERK OF COURT
TO ACCEPT AND FILE PROOFS OF CLAIMS
THAT MAY OTHERWISE BE INCOMPLETE OR DEFICIENT**

This matter came before the Court for hearing on August 14, 2017 at 1:30 p.m. ("**Hearing**") upon the *Debtors' Motion for Entry of Order Approving Modified Procedures for Filing Proofs of Claim and Authorizing Clerk of Court to Accept and File Proofs of Claims That May Otherwise be Incomplete or Deficient* ("**Motion**") [ECF No. 94].

The Court has considered the Motion, heard argument of counsel, noted no party filed an objection to the Motion nor raised any objection at the Hearing, and is familiar with the record in these cases. Based on the reasons stated on the record at the Hearing, which are incorporated by

reference herein, the Court finds there is good and sufficient cause to grant the relief requested in the Motion. Accordingly, it is –

**ORDERED** as follows:

1. The Motion is GRANTED.

2. Proofs of Claim may be filed conventionally in paper form against any of the Debtors' bankruptcy estates even if the claims are deficient or incomplete, including without limitation, claims that (a) do not contain original signatures, or have no signature; (b) are missing information, including the Debtor's name or case number; (c) contain information that appears to be incorrect or placed in the improper place on the claim; and/or (d) are deficient or incomplete in any other manner (collectively, "**Deficient Claims**").

3. The Clerk of the Court is DIRECTED to accept for filing in these cases any and all Deficient Claims.

4. To the extent any Deficient Claim does not contain a proper case number or a Debtor's name, the Trustee, the Debtors, and their professionals, are AUTHORIZED to write-in the name of the Debtor's parent company, Alfred Angelo Newco, Inc., and Case No. 17-18900-PGH, on the Deficient Claim.

5. All Deficient Claims shall be resolved at a later date through the claims reconciliation process, including without limitation, determining the proper Debtor entity against whom a claim should have been filed.

# # #

**Submitted by**:

PATRICIA A. REDMOND
Florida Bar Number 303739
predmond@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
*Counsel for the Debtors*

(Attorney Redmond shall serve a conformed copy of this Order upon
all Interested Parties and file a Certificate of Service.)

#5903104 v1