**ORDERED in the Southern District of Florida on**     **AUG 1 5 2017**



*Paul G. Hyman*

Paul G. Hyman, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

AA FLORIDA BRIDAL RETAIL
COMPANY, LLC, *et al.*,

      Debtors.
_____/

Case No. 17-18864-PGH
Chapter 7
(Jointly Administered)

## ORDER GRANTING TRUSTEES' UNOPPOSED MOTION TO REJECT EXECUTORY CONTRACTS *NUNC PRO TUNC* TO PETITION DATE [ECF NO. 91]

**THIS CAUSE**, having come before the Court for hearing on August 14, 2017 at 1:30 p.m. upon the unopposed motion (the "**Motion**") of the Trustee[1] for the entry of an order approving the Trustee's rejection of certain executory contracts with Creditor, XO Group, Inc. [ECF No. 91]; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and after due deliberation and it appearing that sufficient cause exists for granting the requested relief; and that the relief requested under the Motion is in the best interests of the Debtors' estates and creditors; and that proper and adequate notice of the Motion and the hearing thereon has

---

[1] Capitalized terms used but not specifically defined herein shall have the respective meanings ascribed to them in the Motion.

42617012;1

been given and that no other or further notice is necessary. Upon review of the record before the Court, good and sufficient cause exists to grant the relief requested. Accordingly, it is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. Pursuant to section 365(a) of the Bankruptcy Code, the rejection of the Contracts is hereby approved, effective *nunc pro tunc* to the Petition Date.

3. The Trustee shall promptly serve a copy of this Order on XO Group, Inc.

4. **Any proof of claim for damages arising from the rejection of the Contracts must be filed with the Court on or before the latest of: (i) the time for filing a proof of claim pursuant to Bankruptcy Rule 3002(c); or (ii) 30 days after the entry of this Order approving the rejection of the Contracts.**

5. The Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

### #

Submitted by:
Eyal Berger, Esq.
**AKERMAN LLP**
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, Florida 33301
Tel: 954-463-2700
eyal.berger@akerman.com

Eyal Berger is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

42617012;1