**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

                                                                                          Case No. 17-18864-PGH

AA FLORIDA BRIDAL RETAIL
COMPANY LLC,

                                                                                          Chapter 7

      Debtor.
_____/

**CERTIFICATE OF SERVICE**

      I CERTIFY that the *Notice of Hearing* [ECF No. 135] was furnished electronically by Notice of Electronic Filing ("NEF") on the date the Notice was entered on the docket to those parties registered to receive NEF in this case, as indicated on the attached NEF.  In addition, I caused a copy of the Notice to be served on August 16, 2017, on the Landlord of Store 70, Springfield, VA, by (a) Federal Express to: Springfield Commons Shopping Center Retail Store, Springfield Commons LLC, 1015 W. University Avenue, Suite 601, Georgetown, TX 78628; (b) Federal Express to:  c/o Leasing Agent, The JGB Companies, Attn: Errin Harley – Operations, Chris Wilkinson – Leasing, 4445 Willard Avenue, Suite 400, Chevy Chase, MD   20815; and (c) by courtesy email to Leasing Agent at eharley@JBG.com and cwilkinson@JBG.com.

      Dated: August 16, 2017

                                                                           Respectfully submitted,

                                                                          S<small>TEARNS</small> W<small>EAVER</small> M<small>ILLER</small> W<small>EISSLER</small>
                                                                          A<small>LHADEFF</small> & S<small>ITTERSON</small>, P.A.
                                                                          Museum Tower, Suite 2200
                                                                          150 West Flagler Street
                                                                          Miami, Florida 33130
                                                                          Telephone:     (305) 789-3200
                                                                          Facsimile:      (305) 789-3395

                                                                          By:   /s/ Patricia A. Redmond, Esq._____
                                                                                 PATRICIA A. REDMOND
                                                                                 *predmond@stearnsweaver.com*
                                                                                 Florida Bar No. 303739

                                                                          *Counsel for Debtors*

#5905752 v1

```
MIME-Version:1.0
From:FLSB_ECF_Notification@FLSB.USCOURTS.GOV
To:Courtmail@localhost.localdomain
Bcc: Corinne.bylone@akerman.com, Jennifer.meehan@akerman.com, Katherine.fackler@akerman.com, FL32@ecfcbis.com, msams@mjstrustee.com, mjs@tru
Do not notice for BK case:

Message-Id:<43271645@FLSB.USCOURTS.GOV>
Subject:17-18864-PGH Notice of Hearing
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

Southern District of Florida

Notice of Electronic Filing

The following transaction was received from Corrales, Vivian entered on 8/15/2017 at 6:01 PM EDT and filed on 8/15/2017

**Case Name:** AA Florida Bridal Retail Company, LLC
**Case Number:** 17-18864-PGH
**Document Number:** 135

**Docket Text:**
Notice of Hearing (Re: [129] Emergency Motion for the Court intervene with regard to Store 70, Springfield, Virginia, in furtherance of prior orders - *Emerency Hearing Requested on August 16 or 17* Filed by Interested Party AA Bridal, LLC, Debtor AA Florida Bridal Retail Company, LLC.) Hearing scheduled for 08/17/2017 at 01:00 PM at Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401. (Corrales, Vivian)

The following document(s) are associated with this transaction:

**17-18864-PGH Notice will be electronically mailed to:**

Joaquin J Alemany on behalf of Creditor Brixmor Property Group
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany on behalf of Creditor Federal Realty Investment Trust
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany on behalf of Creditor WRI Retail Pool I, L.P.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany on behalf of Creditor Weingarten Nostat, Inc.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany on behalf of Creditor Weingarten Realty Investors
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Eyal Berger, Esq. on behalf of Trustee Margaret J. Smith
eyal.berger@akerman.com, jeanette.martinez@akerman.com

John P Dillman on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@lgbs.com

John P Dillman on behalf of Creditor Harris County
houston_bankruptcy@lgbs.com

John P Dillman on behalf of Creditor Montgomery County
houston_bankruptcy@lgbs.com

Angelica M Fiorentino on behalf of Creditor Hart TC I-III, LLC
afiorentino@bakerdonelson.com, rgustafson@bakerdonelson.com;fedcts@bakerdonelson.com

Edward M Fitzgerald, Esq on behalf of Creditor Brixmor Property Group
edward.fitzgerald@hklaw.com, linda.young@hklaw.com

Edward M Fitzgerald, Esq on behalf of Creditor Inland Commercial Real Estate Services, LLC
edward.fitzgerald@hklaw.com, linda.young@hklaw.com

Jed L Frankel on behalf of Creditor JEANNIE HOLMES TRUST
jfrankel@eisingerlaw.com, sorta@eisingerlaw.com

Jed L Frankel on behalf of Creditor Jeannie Holmes Trust
jfrankel@eisingerlaw.com, sorta@eisingerlaw.com

Ronald E Gold on behalf of Creditor Washington Prime Group Inc.
rgold@fbtlaw.com

Anthony Kang on behalf of Creditor Future Fashions Inc.
akang@arnstein.com

Anthony Kang on behalf of Creditor TianYa Corporation Limited
akang@arnstein.com

David B Marks on behalf of Trustee Margaret J. Smith
brett.marks@akerman.com, charlene.cerda@akerman.com

Kevin Newman on behalf of Creditor Inland Commercial Real Estate Services, LLC
knewman@menterlaw.com, kmnbk@menterlaw.com

Rachel Obaldo on behalf of Creditor Texas Comptroller of Public Accounts
bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

T Lawrence Palmer, Esq on behalf of Creditor PA Department of Revenue
lpalmer@attorneygeneral.gov

Christina V Paradowski on behalf of Creditor Czech Asset Management, LP
cvp@trippscott.com, bankruptcy@trippscott.com

Patricia A Redmond on behalf of Debtor AA Bridal Midwest, LLC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor AA Bridal Nebraska, LLC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor AA Bridal Northeast, LLC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor AA Bridal, LLC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor AA Florida Bridal Retail Company, LLC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Alfred Angelo (Australia) Pty, Ltd.
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Alfred Angelo - The Bride's Studio, No. 3, Inc.
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Alfred Angelo Canada ULC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Alfred Angelo Investment China I
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Alfred Angelo Investment China III
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Alfred Angelo Investment Company, Limited (Hong Kong)
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Alfred Angelo Newco, Inc.
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor BridesMart, LP
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor DJ Fashions, LLC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Hacienda Brides
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor PF International, Inc.
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Piccione Fashions Ltd.
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Piccione Fashions UK LTD
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Zhuhai Haiping Wedding DRESS Design LTD
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party AA Bridal Midwest, LLC

predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party AA Bridal Nebraska, LLC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party AA Bridal Northeast, LLC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party AA Bridal, LLC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo (Australia) Pty, Ltd.
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo - The Bride's Studio, No. 3, Inc.
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo Canada ULC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo Investment China I
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo Investment China III
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo Investment Company, Limited (Hong Kong)
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo Newco, Inc.
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party BridesMart, LP
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party DJ Fashions, LLC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Hacienda Brides
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party PF International, Inc.
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Piccione Fashions Ltd.
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Piccione Fashions UK LTD
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Zhuhai Haiping Wedding DRESS Design LTD
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

James N Robinson on behalf of Creditor CardConnect, LLC
jrobinson@whitecase.com, sgoodrich@whitecase.com

Grace E. Robson, Esq. on behalf of Interested Party Prime Group International Co., Ltd.
grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com,lgener@mrthlaw.com

Mark S. Roher, Esq. on behalf of Plaintiff Deborah Hightower
mroher@markroherlaw.com, ecf@markroherlaw.com,markroher@me.com,ecf2@markroherlaw.com

Jeffrey C. Roth, Esq on behalf of Creditor Ivy Quorum Property, LLC
jeff@rothandscholl.com, christine@rothandscholl.com

Cheryl T Sloane on behalf of Creditor CardConnect, LLC
csloane@whitecase.com, joseph.pack@whitecase.com

Margaret J. Smith
msmith@mjstrustee.com, FL32@ecfcbis.com;msams@mjstrustee.com;mjs@trustesolutions.net

Steven J. Solomon, Esq. on behalf of Creditor Arbor Walk
steven.solomon@gray-robinson.com, lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Creditor Plaza at Buckland Hills, LLC
steven.solomon@gray-robinson.com, lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Creditor Washington Prime Group Inc.
steven.solomon@gray-robinson.com, lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Trustee Charles M. Berk, Liquidating Trustee
steven.solomon@gray-robinson.com, lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

David Neal Stern on behalf of Creditor G&C Arbors Investors, LLC
dnstern@fwblaw.net, mkassower@fwblaw.net;rbyrnes@fwblaw.net

Theodore B Stolman on behalf of Creditor Riverside Hamner Properties, LLC
ted.stolman@ffslaw.com

Charles M Tatelbaum on behalf of Creditor Czech Asset Management, LP
cmt@trippscott.com, iah@trippscott.com;cvp@trippscott.com

James A Timko on behalf of Interested Party Rossmore Enterprises
jtimko@shutts.com

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, cmartin@simon.com;antimm@simon.com;bankruptcy@simon.com

Angela J Wallace on behalf of Creditor Broward County
ajwallace@broward.org, swulfekuhle@broward.org

H Elizabeth Weller on behalf of Creditor City of Frisco
dallas.bankruptcy@publicans.com

H Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

Steven R Wirth on behalf of Trustee Margaret J. Smith
steven.wirth@akerman.com, Corinne.bylone@akerman.com;Jennifer.meehan@akerman.com;Katherine.fackler@akerman.com

**17-18864-PGH Notice will not be electronically mailed to:**

Charles M. Berk, Liquidating Trustee
GrayRobinson
333 SE 2nd Avenue
Suite 3200
Miami, FL 33131

Carol L Fox
GlassRatner
200 E. Broward Blvd, #1010
Ft. Lauderdale, FL 33301

John Marshall
c/o JM Partners LLC
6800 Paragon Pl #202
Richmond, VA 23230-1656

David L Pollack, Esq on behalf of Creditor Brixmor Property Group
1736 Market St 51 fl
Philadelphia, PA 19103

Don Stecker on behalf of Creditor Bexar County
Linebarger Gogan Blair & Sampson, LLP
711 Navarro St., Ste 300
San Antonio, TX 78205