

**ORDERED in the Southern District of Florida on August 16, 2017.**

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION**

In re:

AA FLORIDA BRIDAL RETAIL
COMPANY, LLC, *et al.,*
        Debtor.
_____/

Lead Case No. 17-18864-PGH
(Joint Administered)
Chapter 7
[ECF No. 100]

In re:

ALFRED ANGELO – THE BRIDE'S
STUDIO, NO. 3, INC.,
        Debtor.
_____/

Case No. 17-18871-PGH
[ECF No. 16]

In re:

AA BRIDAL MIDWEST, LLC
        Debtor.
_____/

Case No. 17-18873-PGH
[ECF No. 20]

In re:

AA BRIDAL NORTHEAST, LLC
        Debtor.
_____/

Case No. 17-18874-PGH
[ECF No. 14]

In re:

AA BRIDAL, LLC
        Debtor.
_____/

Case No. 17-18877-PGH
[ECF No. 18]

In re:

BRIDESMART, LP                              Case No. 17-18879-PGH
        Debtor.                       [ECF No. 20]
_____/

In re:

HACIENDA BRIDES                             Case No. 17-18881-PGH
        Debtor.                       [ECF No. 18]
_____/

In re:

DJ FASHIONS, LLC                            Case No. 17-18882-PGH
        Debtor.                       [ECF No. 16]
_____/

In re:

AA BRIDAL NEBRASKA, LLC                     Case No. 17-18883-PGH
        Debtor.                       [ECF No. 15]
_____/

In re:

ALFRED ANGELO (AUSTRALIA)
PTY, LTD.                                   Case No. 17-18884-PGH
        Debtor.                       [ECF No. 19]
_____/

In re:

ALFRED ANGELO CANADA ULC                    Case No. 17-18886-PGH
        Debtor.                       [ECF No. 17]
_____/

In re:

ALFRED ANGELO INVESTMENT CHINA I            Case No. 17-18887-PGH
        Debtor.                       [ECF No. 16]
_____/

In re:

ALFRED ANGELO INIVESTMENT CHINA III         Case No. 17-18888-PGH
        Debtor.                       [ECF No. 13]
_____/

In re:

PF INTERNATIONAL, INC.                      Case No. 17-18891-PGH
        Debtor.                       [ECF No. 16]
_____/

In re:

PICCIONE FASHIONS LTD.                Case No. 17-18892-PGH
        Debtor.                    [ECF No. 15]
_____/

In re:

PICCIONE FASHIONS UK LTD             Case No. 17-18894-PGH
        Debtor.                    [ECF No. 14]
_____/

In re:

ZHUHAI HAIPING WEDDING DRESS
DESIGN LTD                            Case No. 17-18896-PGH
        Debtor.                    [ECF No. 12]
_____/

In re:

ALFRED ANGELO INVESTMENT COMPANY
LIMITED (HONG KONG)                   Case No. 17-18898-PGH
        Debtor.                    [ECF No. 15]
_____/

**ORDER GRANTING**
**SUB-AFFILIATED DEBTORS' MOTION TO RELY AND REFER TO PARENT**
**DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS AND SECOND MOTION FOR**
**EXTENSION OF TIME TO FILE STATEMENTS OF FINANCIAL AFFAIRS**

THIS CASE came up for hearing before the Court on Monday, August 14, 2017, at 1:30 p.m. ("Hearing") upon the *Motion to Rely and Refer to Parent Debtor's Statement of Financial Affairs and Second Motion for Extension of Time to File Statements of Financial Affairs* ("Motion"), filed by the Sub-Affiliated Debtors.[1]  The Court has reviewed and considered the

---

[1] (i) AA Florida Bridal Retail Company, LLC, Case No. 17-18864-PGH; (ii) Alfred Angelo — The Bride's Studio No. 3, Inc., Case No. 17-18871-PGH; (iii) AA Bridal Midwest, LLC, Case No. 17- 18873-PGH; (iv) AA Bridal Northeast, LLC, Case No, 17-18874-PGH; (v) AA Bridal, LLC, Case No. 17-18877-PGH; (vi) BridesMart, LP, Case No. 17-18879-PGH; (vii) Hacienda Brides, Case No. 17-18881-PGH; (viii) DJ Fashions, LLC, Case No. 17-18882-PGH; (xi) AA Bridal Nebraska, LLC, Case No. 17-18883-PGH; (x) Alfred Angelo (Australia) Pty, Ltd., Case No. 17-18884-PGH; (xi) Alfred Angelo Canada ULC, Case No. I7-18886-PGH; (xii) Alfred Angelo Investment China I, Case No. 17-18887-PGH; (xiii) Alfred Angelo Investment China III, Case No. 17-18888-PGH; (xiv) PF International, Inc., Case No. 17-18891-PGH; (xv) Piccione Fashions Ltd., Case No. 17-18892-PGH; (xvi) Piccione Fashion UK Ltd., Case No. 17-18894-PGH; (xviii) Zhuhai Haiping Wedding DRESS Design LTD, Case No. 17-18896-PGH; Alfred Angelo Investment Company, Limited (Hong Kong), Case No. 17-18898-PGH; and (xix) (collectively, the "Sub-Affiliated Debtors").

3

Motion, and for the reasons presented on the record at the Hearing, finds good cause for granting the following relief. Therefore, it is

ORDERED that:

1. The Motion is GRANTED.

2. The Sub-Affiliated Debtors may rely and refer to the Statement of Financial Affairs filed by their Parent-Affiliate, Alfred Angelo Newco, Inc., in Case No. 17-18900-PGH at ECF No. 20.

3. The time within which the Sub-Affiliated Debtors are required to file their respective Statements of Financial Affairs is extended through and including August 17, 2017.

# # #

Submitted by:

PATRICIA A. REDMOND
Florida Bar Number 303739
predmond@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3553
Facsimile: (305) 789-3395

Counsel for the Debtors

(Attorney Redmond shall serve a conformed copy of this Order upon all Interested Parties and file a Certificate of Service.)