UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

N RE:                                         Case No. 17-18864-MAM
                                              Chapter 7
AA FLORIDA BRIDAL RETAIL                      (Jointly Administered)
COMPANY, LLC, *et al.,*

      Debtors.
_____/

**MOTION FOR ORDER AUTHORIZING TRUSTEE TO SELL
PERSONAL PROPERTY OF THE ESTATE AT PRIVATE SALE
<u>FREE AND CLEAR OF ALL CLAIMS, LIENS, AND ENCUMBRANCES</u>**

**(Property: Tradename/Trademark of "Alfred Angelo" and alfredangelo.com)**

COMES now Margaret J. Smith, Chapter 7 Trustee (the "Trustee"), pursuant to 11 U.S.C. § 363(b) and (f), Federal Rules of Bankruptcy Procedure 6004, and Local Rules of S.D. FLA. 2002-1 and 6004-1, hereby moves the Court for an Order authorizing the sale of the estate's interest in the trademark and tradename of "Alfred Angelo" and the website of alfredangelo.com (the "Purchased Assets") to Vincent E. Piccione free and clear of all liens, claims, and encumbrances to  (the "Motion") and in support thereof would show:

**I. Jurisdiction**

1.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2.      This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2)(A), (M); (N); and (0).

3.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The basis for the relief requested is 11 U.S.C. §§ 363(b) and (f), and Federal Rules of Bankruptcy Procedure 2002 and 6004.

44952933;1                                  1

## II. Background

5.      On July 14, 2017, Alfred Angelo filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "**Petition Date**").

6.      On the same date, the Affiliated Debtors each filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

7.      Margaret J. Smith is the duly appointed Chapter 7 Trustee of Alfred Angelo and the Affiliated Debtors' bankruptcy estates (jointly, the "**Debtors**").

8.      All of the Debtors are affiliates as such term is defined under 11 U.S.C. § 101(2) and several creditors allege secured claims against all of the Debtors' estates including, *inter alia*: (i) FSJC V, LLC ("**FSJC**"); and (ii) Financial Transaction Services, LLC d/b/a CardConnect ("**CardConnect**").

9.      Prior to the Petition Date, the Debtors operated as a wholesaler and retailer selling bridal dresses, bridal party dresses and related accessories through multiple retail store locations and wholesale operations.

10.     The Debtors' business operations spanned over 60 retail stores in multiple jurisdictions throughout the United States, as well as various wholesale operations in Europe and Australia.

11.     On the retail side of the business, customers typically placed significant deposits that ranged from 50% to 80% of the retail price of the product to purchase Inventory through credit card transactions with the balance of the payment due when the Inventory was delivered and fitted through alterations, if necessary.

12.     The Purchased Assets are fully encumbered by liens in favor of CardConnect.

13.     Since the filing of the Bankruptcy Case, the Trustee and estate professionals have consulted with CardConnect in locating potential bidders for the Debtors' interest in the Purchased Assets to obtain the maximum benefit for the Debtors' estates.

14.     Although the Trustee's efforts to sell the Purchased Assets yielded numerous expressions of interest for the Purchased Assets from various parties, the Trustee has only received one viable purchase offer conveyed to the Trustee by Vincent E. Piccione (the "**Buyer**"), a former employee of the Debtors.

15.     Specifically, Buyer has sent the Trustee an Asset Purchase Agreement [1] seeking to acquire the Debtors' interest in the Purchased Assets free and clear of all liens, claims, and encumbrances in exchange for:

    a.     cash payment in the amount of $15,000;

    b.     waiver of Claim No. 13-1 in the amount of $940,000 asserted against Debtor Alfred Angelo- The Bride's Studio No. 3, Inc. in Case No. 17-18871-PGH; and

    c.     waiver of any additional claims Buyer has against the Debtors' estates.

16.     The Trustee has conferred with CardConnect and can aver to the Court that CardConnect consents to the sale of the Purchased Assets free and clear of its liens pursuant to the terms articulated in the Asset Purchase Agreement.

17.     Accordingly, the Trustee asserts that disposition of the Purchased Assed pursuant to the Asset Purchase Agreement represents the most cost efficient manner for the Estate to liquidate its interest in the Purchased Assets.  If the Asset Purchase Agreement is not approved, the Trustee asserts that she will likely be compelled to abandon the Estates' interest in the Purchased Assets as there does not appear to be any viable alternative offers for the Purchased Assets.

---

[1] A true and correct copy of the Asset Purchase Agreement is attached hereto as **Exhibit "A."**

**AKERMAN LLP, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999**

### III. Relief Requested

18.    By this Motion, the Trustee seeks the entry of an Order approving the sale of the estate's interest in the Purchased Assets pursuant to the terms of the Asset Purchase Agreement free and clear of all liens, claims, and encumbrances.

19.    The estate holds fee simple title to the Purchased Assets by virtue of 11 U.S.C. § 541.

20.    The Trustee seeks the Court's authority to sell the Property pursuant to 11 U.S.C. § 363(b) and 363(f).

21.    Pursuant to Section 363(b) of the Bankruptcy Code, the Trustee, after notice and hearing, may use, sell, or lease property of the Debtor's estate other than in the ordinary course of business. 11 U.S.C. §363.

22.    The Court should approve the sale if the Trustee can demonstrate a sound business justification for the sale and if the sale process is fair, open and reasonable. *See Official Comm. Of Unsecured Creditors of LTV Aerospace & Defense Co. v. LTV Corp. (In re Chateaugay Corp.),* 973 F.2d 141, 143 (2d Cir. 1992); *see also In re Sarah's Tent, LLC,* 396 B.R. 571, 573 (Bankr. S.D. Fla. 2008).

23.    Further, pursuant to 363(f)(2), the Trustee is authorized to sell property free and clear of any interest in such property if  the entity holding said lien consents to the sale free and clear.  As stated herein, CardConnect consents to the sale of the Purchased Assets subject to the terms of the Asset Purchase Agreement.

24.    Bankruptcy Rule 6004(f) contemplates sales outside of the ordinary course of business made by private sale.   The offer represented by the Asset Purchase Agreement

represents the highest, best, and sole viable offer for the Purchased Assets sought to be conveyed by the Trustee.

25      The closing shall occur as soon as practicable following the entry of an Order approving this Motion.

26.     To the best of the Trustee's knowledge, information and belief, there will be no negative tax consequences associated with this sale.

27.     Because it appears to the Trustee that this transaction provides a benefit to all parties involved, the Trustee requests an Order approving this sale.

28.     Finally, the Trustee further requests that the fourteen (14) day stay imposed by Bankr. R. 6004(h) be waived.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order (i) authorizing the sale of the Purchased Assets described herein free and clear of all claims, liens, and encumbrances; (ii) waiving fourteen (14) day stay imposed by Bankr. R. 6004(h); and (v) granting the Trustee any other relief to which she may be entitled.

Date: April 17, 2018                    Respectfully submitted,

By: /s/ *Eyal Berger*
Eyal Berger, Esq.
Florida Bar No. 11069
**AKERMAN LLP**
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Fort Lauderdale, Florida 33301
Tel:  954-463-2700
Fax:  954-463-2224
eyal.berger@akerman.com

*Counsel to Trustee, Margaret J. Smith*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on April 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case as listed in the attached service list.

_/s/ Eyal Berger_____
Attorney

## <u>SERVICE LIST</u>

**17-18864-MAM Notice will be electronically mailed to:**

Joaquin J Alemany on behalf of Creditor Brixmor Property Group
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany on behalf of Creditor Federal Realty Investment Trust
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany on behalf of Creditor WRI Retail Pool I, L.P.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany on behalf of Creditor Weingarten Nostat, Inc.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany on behalf of Creditor Weingarten Realty Investors
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Brett M Amron, Esq. on behalf of Trustee Margaret J. Smith
bamron@bastamron.com, mdesvergunat@bastamron.com,jmiranda@bastamron.com,dtimpone@bastamron.com

Eyal Berger, Esq. on behalf of Trustee Margaret J. Smith
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Michele A Crosa on behalf of Creditor Jeannie Holmes Trust
mcrosa@eisingerlaw.com, sorta@eisingerlaw.com

John P Dillman on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@lgbs.com

John P Dillman on behalf of Creditor Harris County
houston_bankruptcy@lgbs.com

John P Dillman on behalf of Creditor Montgomery County
houston_bankruptcy@lgbs.com

Morgan B. Edelboim, Esq. on behalf of Trustee Margaret J. Smith
morgan@erolawyers.com

John D Elrod on behalf of Interested Party United Parcel Service, Inc.
elrodj@gtlaw.com, kaplanda@gtlaw.com;scottm@gtlaw.com;russellf@gtlaw.com

Angelica M Fiorentino on behalf of Creditor Hart TC I-III, LLC
afiorentino@bakerdonelson.com, rgustafson@bakerdonelson.com;fedcts@bakerdonelson.com

Brian T FitzGerald, Esq on behalf of Creditor Hillsborough County Tax Collector
fitzgeraldb@hillsboroughcounty.org, connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org

Edward M Fitzgerald, Esq on behalf of Creditor Brixmor Property Group
edward.fitzgerald@hklaw.com, linda.young@hklaw.com

Edward M Fitzgerald, Esq on behalf of Creditor Inland Commercial Real Estate Services, LLC
edward.fitzgerald@hklaw.com, linda.young@hklaw.com

Edward M Fitzgerald, Esq on behalf of Creditor WRI Retail Pool I, L.P.
edward.fitzgerald@hklaw.com, linda.young@hklaw.com

Edward M Fitzgerald, Esq on behalf of Creditor Weingarten Nostat, Inc.
edward.fitzgerald@hklaw.com, linda.young@hklaw.com

Edward M Fitzgerald, Esq on behalf of Creditor Weingarten Realty Investors
edward.fitzgerald@hklaw.com, linda.young@hklaw.com

Jed L Frankel on behalf of Creditor JEANNIE HOLMES TRUST
jfrankel@eisingerlaw.com, sorta@eisingerlaw.com

Jed L Frankel on behalf of Creditor Jeannie Holmes Trust
jfrankel@eisingerlaw.com, sorta@eisingerlaw.com

Ronald E Gold on behalf of Creditor Washington Prime Group Inc.
rgold@fbtlaw.com

David H Haft on behalf of Creditor Host.net
dhaft@tobinreyes.com, eservice@tobinreyes.com;dboentgen@tobinreyes.com

David E. Hicks, Esq. on behalf of Creditor Ally Financial Inc.
tbyington@kelleykronenberg.com

Anthony Kang on behalf of Creditor Future Fashions Inc.
Anthony.kang@saul.com

Anthony Kang on behalf of Creditor TianYa Corporation Limited
Anthony.kang@saul.com

Steven W Kelly on behalf of Creditor AmCap Richmond, LLC
skelly@s-d.com

Marian Kennady on behalf of Creditor Creekstone Cedar Lodge III, LLC
bankruptcy@vanlawfl.com

Marian Kennady on behalf of Creditor Davidson Fink
bankruptcy@vanlawfl.com

Marian Kennady on behalf of Creditor Sheridan Plaza LLC
bankruptcy@vanlawfl.com

David B Marks on behalf of Trustee Margaret J. Smith
brett.marks@akerman.com, charlene.cerda@akerman.com

Andrea R Meenach-Decker on behalf of Creditor Hart TC I-III, LLC
RDecker@bakerdonelson.com, tgoff@bakerdonelson.com;mfigari@bakerdonelson.com

Stephen A Metz on behalf of Creditor Saul Holdings Limited Partnership
smetz@offitkurman.com

Kevin Newman on behalf of Creditor Inland Commercial Real Estate Services, LLC
knewman@menterlaw.com, kmnbk@menterlaw.com

Rachel Obaldo on behalf of Creditor Texas Comptroller of Public Accounts
bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

T Lawrence Palmer, Esq on behalf of Creditor PA Department of Revenue
lpalmer@attorneygeneral.gov

Christina V Paradowski on behalf of Creditor Czech Asset Management, LP
cvp@trippscott.com, bankruptcy@trippscott.com

Patricia A Redmond on behalf of Debtor AA Bridal Midwest, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor AA Bridal Nebraska, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor AA Bridal Northeast, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor AA Bridal, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor AA Florida Bridal Retail Company, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Alfred Angelo (Australia) Pty, Ltd.
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Alfred Angelo - The Bride's Studio, No. 3, Inc.

AKERMAN LLP, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Alfred Angelo Canada ULC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Alfred Angelo Investment China I
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Alfred Angelo Investment China III
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Alfred Angelo Investment Company, Limited (Hong Kong)
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Alfred Angelo Newco, Inc.
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor BridesMart, LP
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor DJ Fashions, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Hacienda Brides
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor PF International, Inc.
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Piccione Fashions Ltd.
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Piccione Fashions UK LTD
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Zhuhai Haiping Wedding DRESS Design LTD
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party AA Bridal Midwest, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party AA Bridal Nebraska, LLC

predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party AA Bridal Northeast, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party AA Bridal, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo (Australia) Pty, Ltd.
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo - The Bride's Studio, No. 3, Inc.
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo Canada ULC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo Investment China I
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo Investment China III
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo Investment Company, Limited (Hong Kong)
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo Newco, Inc.
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party BridesMart, LP
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party DJ Fashions, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Hacienda Brides
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party PF International, Inc.
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Piccione Fashions Ltd.

**AKERMAN LLP, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999**

predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Piccione Fashions UK LTD
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Zhuhai Haiping Wedding DRESS Design LTD
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

James N Robinson on behalf of Creditor CardConnect, LLC
jrobinson@whitecase.com, sgoodrich@whitecase.com

Grace E. Robson, Esq. on behalf of Interested Party Prime Group International Co., Ltd.
grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com,lgener@mrthlaw.com

Mark S. Roher, Esq. on behalf of Creditor Deborah Hightower
mroher@markroherlaw.com, ecf@markroherlaw.com,markroher@me.com,ecf2@markroherlaw.com

Mark S. Roher, Esq. on behalf of Plaintiff Deborah Hightower
mroher@markroherlaw.com, ecf@markroherlaw.com,markroher@me.com,ecf2@markroherlaw.com

Jeffrey C. Roth, Esq on behalf of Creditor Ivy Quorum Property, LLC
jeff@rothandscholl.com, christine@rothandscholl.com

Cheryl T Sloane on behalf of Creditor CardConnect, LLC
csloane@whitecase.com, joseph.pack@whitecase.com

Margaret J. Smith
msmith@mjstrustee.com, FL32@ecfcbis.com;msams@mjstrustee.com;mjs@trustesolutions.net

Steven J. Solomon, Esq. on behalf of Creditor Arbor Walk
steven.solomon@gray-robinson.com, lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Creditor Plaza at Buckland Hills, LLC
steven.solomon@gray-robinson.com, lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Creditor Washington Prime Group Inc.
steven.solomon@gray-robinson.com, lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Trustee Charles M. Berk, Liquidating Trustee
steven.solomon@gray-robinson.com, lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

David Neal Stern on behalf of Creditor G&C Arbors Investors, LLC
dnstern@fwblaw.net, mkassower@fwblaw.net;rbyrnes@fwblaw.net;davidnstern@gmail.com

Theodore B Stolman on behalf of Creditor Riverside Hamner Properties, LLC
ted.stolman@ffslaw.com

Charles M Tatelbaum on behalf of Creditor Czech Asset Management, LP
cmt@trippscott.com, hbb@trippscott.com;cvp@trippscott.com;eservice@trippscott.com

James A Timko on behalf of Interested Party Rossmore Enterprises
jtimko@shutts.com

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, cmartin@simon.com;antimm@simon.com;bankruptcy@simon.com

Angela J Wallace on behalf of Creditor Broward County
ajwallace@broward.org, swulfekuhle@broward.org

H Elizabeth Weller on behalf of Creditor City of Frisco
dallas.bankruptcy@publicans.com

H Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

Stuart F Wilson-Patton on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

Steven R Wirth on behalf of Trustee Margaret J. Smith
steven.wirth@akerman.com,
Corinne.bylone@akerman.com;Jennifer.meehan@akerman.com;Katherine.fackler@akerman.com;john.dicks@akerman.com

**17-18864-MAM Notice will not be electronically mailed to:**

Charles M. Berk, Liquidating Trustee
GrayRobinson
333 SE 2nd Avenue, Suite 3200
Miami, FL 33131

Stan L. Crooks
Auction America, Inc.
1100 Barnett Drive #12
Lake Worth, FL 33461

Carol L Fox
GlassRatner
200 E. Broward Blvd, #1010
Ft. Lauderdale, FL 33301

John Marshall
c/o JM Partners LLC
6800 Paragon Pl #202
Richmond, VA 23230-1656

Stuart J Miller on behalf of
Plaintiff Deborah Hightower
132 Nassau St #1100
New York, NY 10038

John Mitchell
261 Old York Rd #900
Jenkintown, PA 19046

Robert Nielsen
3300 Fernbrook Lane North #225
Plymouth, MN 55447

Mary E Olsen on behalf of
Plaintiff Deborah Hightower
210 S Washington Ave
Mobile, AL 36602

David L Pollack, Esq on behalf of
Creditor Brixmor Property Group
1736 Market St 51 fl
Philadelphia, PA 19103

Don Stecker on behalf of
Creditor Bexar County
Linebarger Gogan Blair & Sampson, LLP
711 Navarro St., Ste 300
San Antonio, TX 78205

Katharine A Walker
2325 Lake Debra Dr #414
Orlando, FL 32835

# EXHIBIT "A"

## ASSET PURCHASE AGREEMENT

This Asset Purchase Agreement (the "**APA**" or the "**Agreement**") is entered into on April ___, 2018, between **Vincent E. Piccione** (the "**Buyer**"), whose address is 119 Brittany Court, Lower Gwynedd, PA 19002 and **Margaret** Smith, Chapter 7 Trustee for the bankruptcy matters referenced herein and filed as defined herein (the "**Seller**"), whose address is c/o Akerman LLP, 350 East Las Olas Blvd., Suite 1600, Ft. Lauderdale, FL 33301.

Seller is the duly appointed Chapter 7 Trustee appointed in the Chapter 7 bankruptcy matters listed herein, which cases were filed on July 14, 2017, Case No. 17-18871 ("Bankruptcy"). The Bankruptcy cases have been jointly administered (all cases for all Debtors will be referred to as "Debtors Cases") pursuant to an Order of this Court dated July 19, 2017 with lead case #17-18864. The Debtors in Debtors Cases are: AA Florida Bridal Retail Company, LLC (17-18864); Alfred Angelo – The Bride's Studio (17-18871); AA Bridal Midwest, LLC (17-18873); AA Bridal Northeast, LLC (17-18874); AA Bridal, LLC (17-18877); BridesMart, LP (17-18879); Hacienda Brides (17-18881); DJ Fashions, LLC (17-18882); AA Bridal Nebraska, LLC (17-18883); Alfred Angelo (Australia) Ptd, Ltd. (17-18884); Alfred Angelo Canada UCL (17-18886); Alfred Angelo Investment China I (17-18887); Alfred Angelo Investment China III (17-18888); PF International, Inc. (17-18891); Piccione Fashions Ltd. (17-18892); Piccione Fashions UK LTD (17-18894); Zhuhai Haiping Wedding DRESS Design LTD (17-18896); Alfred Angelo Investment Company, Limited (Hong Kong)(17-18898); Alfred Angelo Newco, Inc. (17-18900)(all Debtors will be referred to as "Debtors" or "Sellers").

The Seller has agreed to sell and the Buyer has agreed to purchase all rights, title and interest in the Purchased Assets (as defined below):

      a.      Tradename/Trademark of "Alfred Angelo;" and

      b.      Website of alfredangelo.com (collectively the trademark/tradename and website shall be referred to as "Purchased Assets").

Therefore, the parties agree as follows:

1.      <u>Sale of the Purchased Asset.</u> Subject to the provisions set forth in this Agreement, as of the date that the closing of transactions contemplated by this Agreement has been consummated which shall take place upon the satisfaction of the condition set forth in Section 4 (the "**Effective Time**"), the Seller hereby sells, conveys, assigns, and transfers to the Buyer the Purchased Assets free and clear of any and all liens and encumbrances, and the Buyer hereby accepts the sale, conveyance, assignment, and transfer of the Purchased Assets. Seller shall provide to Buyer, upon the execution of this Agreement, written confirmation that there are no claims, liens or encumbrances of any kind on the Purchased Assets and/or that any pre-existing liens, claims or encumbrances on the Purchased Assets have been waived, discharged or satisfied.

2.      <u>No Assumption of Liabilities.</u> The Buyer does not assume any obligation or liability of the Seller, and Seller will continue to be liable for any and all liabilities.

3.      Purchase Price. The purchase price is $15,000.00 (the "**Purchase Price**"). The Buyer shall pay the Purchase Price as follows:

(1) $2,500.00 deposit, upon entry of an Order of the Court approving the APA.

(2) $12,500.00 will be paid at the Closing by wire transfer.

4.      Bankruptcy Court Approval. This Agreement is subject to the Seller obtaining an order approving the sale of the assets free and clear of all liens, claims, and encumbrances on or before May 25, 2018 ("Order").

5.      Waiver of Claim. Upon the Order being final and unappealable, Buyer shall file a Praecipe to Withdraw its Proof of Claim #13, filed on September 5, 2017. Buyer further agrees that it shall waive any and all claims against Seller once the Purchased Assets are conveyed free and clear of all claims, liens and encumbrances.

6.      Survival. Except as otherwise provided in this APA, the representations and promises of the parties contained in this APA will survive (and not be affected in any respect by) the Effective Time for the applicable statute of limitations as well as any investigation conducted by any party and any information which any party may receive.

7.      Further Actions. At any time and from time to time after the date of this APA: (1) the Seller shall execute and deliver or cause to be executed and delivered to the Buyer such other instruments and take such other action, all as the Buyer may reasonably request, in order to carry out the intent and purpose of this Agreement; and (2) the Buyer shall execute and deliver or cause to be executed and delivered to the Seller such other instruments and take such other action, all as the Seller may reasonably request, in order to carry out the intent and purpose of this Agreement.

8.      Governing Law; Venue. This Agreement and the transactions contemplated hereby will be construed in accordance with and governed by the internal laws (without reference to choice or conflict of laws principles) of the State of Florida. Any suit, action, or other proceeding brought against any of the parties to this Agreement or any dispute arising out of this Agreement or the transactions contemplated hereby must be brought in the Court in which the Bankruptcy was filed. If the Bankruptcy is closed, then it may proceed either in the courts sitting in Broward County, Florida, or in the United States District Court for the Southern District of Florida and by its execution and delivery of this Agreement, each party accepts the jurisdiction of such courts and waives any objections based on personal jurisdiction or venue.

9.      Assignment. No party may assign either this Agreement or any of its rights, interests, or obligations hereunder without the prior written approval of each other party, except that the Buyer may assign any or all of its rights under this Agreement, in whole or in part, without obtaining the consent or approval of any other party, (1) to any current or future affiliate of the Buyer, (2) to any entity into which the Buyer may be merged or consolidated, (3) in connection with any acquisition, restructuring, merger, conversion, or consolidation to which the

2675639                                              2

Buyer may be a party, or (4) to a lender to the Buyer or its affiliates as collateral security for current or future obligations owed by the Buyer or its affiliates to the lender.

   10.   Notices. All notices and other communications under this Agreement must be in writing and given by first class mail, return receipt requested, nationally recognized overnight delivery service, such as Federal Express, or personal delivery against receipt to the party to whom it is given, in each case, at the party's address set forth in this section 11 or such other address as the party may hereafter specify by notice to the other parties given in accordance with this section. Any such notice or other communication will be deemed to have been given as of the date the applicable delivery receipt for such communication is executed as received or in the case of mail, three days after it is mailed.

        If to the Seller:

             Margaret Smith, Chapter 7 Trustee
             c/o Ackerman LLP
             350 E Las Olas Blvd #1600
             Fort Lauderdale, FL 33301


        If to the Buyer:

             Vincent E. Piccione
             119 Brittany Court
             Lower Gwynedd, PA  19002

             and

             Leslie Beth Baskin, Esquire
             Spector Gadon & Rosen, PC
             1635 Market Street, 7th Floor
             Philadelphia, PA  19103

   11.   Miscellaneous. This Agreement contains the entire agreement between the parties with respect to the subject matter hereof and all prior negotiations, writings, and understandings relating to the subject matter of this agreement are merged in and are superseded and canceled by, this Agreement. This APA may not be modified or amended except by a writing signed by the parties. This APA is not intended to confer upon any person or entity not a party (or their successors and permitted assigns) any rights or remedies hereunder. This APA may be signed in any number of counterparts, each of which will be an original with the same effect as if the signatures were upon the same instrument, and it may be signed electronically. The captions in this APA are included for convenience of reference only and will be ignored in the construction or interpretation hereof. If any date provided for in this APA falls on a day which is not a business day, the date provided for will be deemed to refer to the next business day. Any provision in this Agreement that is held to be invalid, illegal, or unenforceable in any respect by a court of competent jurisdiction will be ineffective only to the extent of such invalidity,

2675639                                    3

illegality, or unenforceability without affecting in any way the remaining provisions hereof; provided, however, that the parties will attempt in good faith to reform this APA in a manner consistent with the intent of any such ineffective provision for the purpose of carrying out such intent.

Each of the undersigned has caused this Agreement to be duly executed and delivered as of the date first written above.

**BUYER:**     **Vincent E. Piccione**

By:_____

**SELLER:**     **Margaret Smith, Chapter 7 Trustee**

By: _____

2675639                                    4