UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

N RE:                                                  Case No. 17-18864-MAM
                                                       Chapter 7
AA FLORIDA BRIDAL RETAIL                               (Jointly Administered)
COMPANY, LLC, *et al.,*

      Debtors.

_____/

### TRUSTEE'S RESPONSE AND LIMITED OPPOSITION TO THE PRECAUTIONARY, JOINT MOTION OF FORMER OFFICERS, DIRECTORS, AND EMPLOYEES OF DEBTOR FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW FOR ADVANCEMENT AND PAYMENT OF FEES AND COSTS FOR TRUSTEE DEMAND, INVESTIGATION AND CLAIMS UNDER DIRECTORS' AND OFFICERS' INSURANCE POLICY

Comes now Margaret J. Smith, Chapter 7 Trustee (the "Trustee") of AA Florida Bridal Retail Company, LLC, *et al*. (the "Debtors")[1] by and through undersigned counsel, files this response and limited opposition (the "Response") to the *Precautionary, Joint Motion Of Former Officers, Directors, And Employees Of Debtor For Relief From The Automatic Stay To Allow For Advancement And Payment Of Fees And Costs For Trustee Demand, Investigation And Claims Under Directors' And Officers' Insurance Policy* (the "Stay Relief Motion") [ECF No. 275] and states as follows:

### Background

1.      Debtor Alfred Angelo Newco, Inc. has an insurance policy (Private Edge Plus No. 02-420-07-93) (the "Policy") with National Union Fire Insurance Company of Pittsburgh, PA as the insurer (the "Insurer"). The base limit of the Policy covers losses up to $3,000,000, with up to an additional $500,000 under Side "A" coverage, which "provides reimbursement directly to

---

[1] The affiliated Debtors are: The Bride's Studio No. 3, Inc.; AA Bridal, LLC; AA Bridal Northeast, LLC; AA Bridal Midwest, LLC; AA Bridal Nebraska, LLC; Alfred Angelo Newco, Inc.; Alfred Angelo Investment China I; Alfred Angelo Investment China III; Alfred Angelo Investment Company, Limited (Hong Kong); BridesMart, LP; DJ Fashions, LLC; Hacienda Brides; and Zhuhai Haiping Wedding DRESS Design LTD.

44993730;1

the Debtor's directors and officers for non-indemnified loss under the D&O Coverage Section of the Policy, including defense costs, up to the Policy limits."

2.    The Trustee, on October 30, 2017 submitted claims to the Insurer under the Policy alleging that Richard Anders, Vanessa McIntosh, Paul Quentel, Martin Weinberg, and Stephen J. Czech (the "Movants"), as former officers, directors and/or employees of the Debtors engaged in wrongful acts in their capacity as officers, directors, or employees of the Debtors.

3.    The law firm of Carlton Field Jorden Burt, P.A ("Carlton Fields") represents Richard Anders, Vanessa McIntosh, Paul Quentel, and Martin Weinberg, four of the five directors and officers who the Trustee alleges engaged in wrongful acts.

4.    The law firms of Davis Polk & Wardwell LLP ("Davis Polk") and Tripp Scott P.A. ("Tripp Scott") together represent the other director and officer, Stephen J. Czech. Davis Polk and Tripp Scott also represent Czech Asset Management, L.P., ("Czech") a creditor and stakeholder in the Debtors. Movant  Stephen J. Czech has an equity interest in Czech.

5.    In the Stay Relief Motion, the Movants seek stay relief for the Insurer to advance and/or reimburse defense costs ("Defense Costs") to the law firms defending the Movants against the Trustee's allegations of wrongful conduct.

6.    The Policy does not contain a cap on the Movants' entitlement to reimbursement for their Defense Costs. Additionally, the Policy does not contain a formula for allocating the proceeds between the various Movants and law firms. Accordingly, each dollar spent on Defense Costs directly offsets a dollar available to compensate the Debtors' estates for the harm caused by the Movants' wrongful conduct.

7.    To date, litigation has not commenced in connection with the Trustee's claims against the Movants.

AKERMAN LLP, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

## Relief Requested and Basis Thereof

1.    To the extent that the Movants are entitled to reimbursement of their defense costs

from the Policy proceeds, that relief should be:

    a.    conditioned on the requirement that the Movants  submit monthly invoices, itemizing and describing the nature and extent of the Defense Costs, with an opportunity for the Trustee, creditors, and all other parties-in-interest to object;

    b.    capped at an aggregate total amount of $500,000 through the completion of a pre-suit mediation that the Trustee and the Movants intend to coordinate in the near future,

    c.    that any Defense Cost advanced pursuant to the Policy be apportioned proportionately between Carlton Fields, Davis Polk, and Tripp Scott. Meaning that because Carlton Field's represents four out of the five Movants, they should be entitled to 80% of the $500,000 pre-suit litigation cap ($400,000) and that Davis Polk should be entitled to 20% respectively ($100,000); and

    d.    because Davis Polk and Trip Scott also represent Czech, the Trustee wants both firms to maintain separate matters in their representation of these two parties and that the Policy not be charged for any services to Czech.

(together the "Defense Cost Reimbursement Procedures").

2.    The Defense Cost Reimbursement Procedures are necessary to ensure that the Policies' proceeds are preserved to the fullest-extent possible to benefit the estates. Other bankruptcy courts in this district have recognized the importance of such reporting and approval procedures. For example, in *Laminate Kingdom, LLC*, despite determining that the proceeds of an executive liability insurance policy, similar to the Policy, were not property of the estate, Judge Cristol "conditioned the granting of stay relief to pay such costs upon Court approval, after notice and hearing." In re *Laminate Kingdom, LLC*, 2008 WL 1766637 *5 (Bankr.S.D.Fla. 2008). There, the court required all applicants seeking reimbursement of their defense costs from the insurance policy's proceeds to "submit monthly fee applications for Court approval" consistent with the requirements of Rule 2016 of the Federal Rules of Bankruptcy Procedure. *Id*.

AKERMAN LLP, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

3.      Similarly, in *Advanced Blast Protection, Inc.*,[2] numerous of the debtor's (former) officers and directors sought authority to have their defense costs reimbursed from an executive liability insurance policy similar to the Policy. *See In re Advanced Blast Protection, Inc.*, ECF#s 285, 289, 311, and 321. While, as in *Laminate Kingdom*, Judge Olson ultimately determined that the policy's proceeds were not property of the estate and that the movants were entitled to reimbursement of their defense costs from those proceeds, he required the movants to comply with the following reporting, notice, and approval procedures for all sought reimbursements:

   a.      On or before the 10th day of each month, any person seeking payment or reimbursement from the Policy must provide notice to the Committee, the U.S. Trustee, the Debtor, and the Liquidating Trustee (s) (collectively, the "Notice Parties"), in the form of a statement which provides (a) the amount of fees requested for the prior month, (b) the relevant matter for which said requested fees were incurred, and (c) the time period covered for the said requested fees.

   b.      All settlement agreements which seek to be paid out of the Policy must be filed with the Court and served upon the Notice Parties no more than 5 days after the execution and no less than 10 days prior to any payment.

   c.      All judgments which are sought to be paid from the Policy must be served on the Notice Parties no more than 5 days after entry and no less than 10 days prior to payment.[3]

4.      These type of procedures allow the Court to monitor Defense Costs and ensure that they are not unduly incurred to the detriment of the estates. The Movants should be required to comply with the similar Defense Cost Reimbursement Procedures as requested in this limited objection.

5.      The Movants' Defense Costs should also be capped at $500,000 for the pre-suit mediation that the parties intend on participate in. As discussed before, the Policy is a "wasting policy" *i.e.* every dollar spent of Policy proceeds is one less dollar available to (i) cover claims

---

[2] *In re Advanced Blast Protection, Inc.*, 09-34185-BKC-JKO, Bankr.S.D.Fla..
[3] *See Id.* ECF#s 323, 324, 328, 343.

AKERMAN LLP, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

that are otherwise payable to the Trustee and (ii) potentially provide direct coverage for the various estates. Under the status quo, the Movants are operating under the perverse incentive to maximize their individual Defense Costs at their co-Movants' and the estates' expense. *See e.g.*, "*Tragedy of the Commons*".[4] Capping Defense Costs at $500,000 while the parties attempt to mediate and making the cap proportionate to each law firm's share of their representation of the Movants is therefore particularly appropriate in this case.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an Order denying the relief requested in the Stay Relief Motion unless and until it is determined with finality that Defense Costs are deductible from the Policy, and if they are, that all such Defense Costs:

a.  Be capped at an aggregate total amount of $500,000 through the completion of a pre-suit mediation that the Trustee and the Movants intend to coordinate in the near future;

b.  That any Defense Cost advanced pursuant to the Policy be apportioned proportionately between Carlton Fields, Davis Polk, and Tripp Scott. Meaning that because Carlton Field's represents four out of the five Movants, they should be entitled up to 80% of the $500,000 pre-suit litigation cap ($400,000) and that Davis Polk should be entitled to up to 20% of the $500,000 pre-suit litigation cap respectively ($100,000);

c.  That the Movants be Required  to serve monthly invoices on the Trustee, consistent with Rule 2016 of the Federal Rules of Bankruptcy Procedure and Local Rule 2016-1, for all sought reimbursements of Defense Costs from the Policy and that the Trustee and the Office of the United States Trustee be provided with an opportunity to object to the invoices;

d.  That Davis Polk and Trip Scott be required to maintain separate billing matters in their representation of Stephen J Czech and Czech,  and that the Policy not be charged for any services provided  Czech.

---

[4] Hardin, G. (1968) "*The Tragedy of the Commons*", Science 162 (3859): 1243-1248; "In economics, the **tragedy of the commons** is the depletion of a shared resource by individuals, acting independently and rationally according to each one's self-interest, despite their understanding that depleting the common resource is contrary to the group's long-term best interests. Some also see the "tragedy" as an example of emergent behavior, the outcome of individual interactions in a complex system." http://en.wikipedia.org/wiki/Tragedy_of_the_commons

AKERMAN LLP, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL  33301-2999

Date: April 20, 2018                    Respectfully submitted,

                                        By: _/s/ *Eyal Berger*_____
                                        Eyal Berger, Esq.
                                        Florida Bar No. 11069
                                        **AKERMAN LLP**
                                        Las Olas Centre II, Suite 1600
                                        350 East Las Olas Blvd.
                                        Fort Lauderdale, Florida 33301
                                        Tel:  954-463-2700
                                        Fax:  954-463-2224
                                        eyal.berger@akerman.com

                                        *Counsel to Trustee, Margaret J. Smith*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case as listed in the attached service list.

/s/ <em>Eyal Berg</em>er
Attorney

## SERVICE LIST

**17-18864-MAM Notice will be electronically mailed to:**

Joaquin J Alemany on behalf of Creditor Brixmor Property Group
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany on behalf of Creditor Federal Realty Investment Trust
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany on behalf of Creditor WRI Retail Pool I, L.P.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany on behalf of Creditor Weingarten Nostat, Inc.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany on behalf of Creditor Weingarten Realty Investors
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Brett M Amron, Esq. on behalf of Trustee Margaret J. Smith
bamron@bastamron.com, mdesvergunat@bastamron.com,jmiranda@bastamron.com,dtimpone@bastamron.com

Eyal Berger, Esq. on behalf of Trustee Margaret J. Smith
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Michele A Crosa on behalf of Creditor Jeannie Holmes Trust
mcrosa@eisingerlaw.com, sorta@eisingerlaw.com

John P Dillman on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@lgbs.com

John P Dillman on behalf of Creditor Harris County

44993730;1

**AKERMAN LLP, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999**

houston_bankruptcy@lgbs.com

John P Dillman on behalf of Creditor Montgomery County
houston_bankruptcy@lgbs.com

Morgan B. Edelboim, Esq. on behalf of Trustee Margaret J. Smith
morgan@erolawyers.com

John D Elrod on behalf of Interested Party United Parcel Service, Inc.
elrodj@gtlaw.com, kaplanda@gtlaw.com;scottm@gtlaw.com;russellf@gtlaw.com

Angelica M Fiorentino on behalf of Creditor Hart TC I-III, LLC
afiorentino@bakerdonelson.com, rgustafson@bakerdonelson.com;fedcts@bakerdonelson.com

Brian T FitzGerald, Esq on behalf of Creditor Hillsborough County Tax Collector
fitzgeralddb@hillsboroughcounty.org, connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org

Edward M Fitzgerald, Esq on behalf of Creditor Brixmor Property Group
edward.fitzgerald@hklaw.com, linda.young@hklaw.com

Edward M Fitzgerald, Esq on behalf of Creditor Inland Commercial Real Estate Services, LLC
edward.fitzgerald@hklaw.com, linda.young@hklaw.com

Edward M Fitzgerald, Esq on behalf of Creditor WRI Retail Pool I, L.P.
edward.fitzgerald@hklaw.com, linda.young@hklaw.com

Edward M Fitzgerald, Esq on behalf of Creditor Weingarten Nostat, Inc.
edward.fitzgerald@hklaw.com, linda.young@hklaw.com

Edward M Fitzgerald, Esq on behalf of Creditor Weingarten Realty Investors
edward.fitzgerald@hklaw.com, linda.young@hklaw.com

Jed L Frankel on behalf of Creditor JEANNIE HOLMES TRUST
jfrankel@eisingerlaw.com, sorta@eisingerlaw.com

Jed L Frankel on behalf of Creditor Jeannie Holmes Trust
jfrankel@eisingerlaw.com, sorta@eisingerlaw.com

Ronald E Gold on behalf of Creditor Washington Prime Group Inc.
rgold@fbtlaw.com

David H Haft on behalf of Creditor Host.net
dhaft@tobinreyes.com, eservice@tobinreyes.com;dboentgen@tobinreyes.com

David E. Hicks, Esq. on behalf of Creditor Ally Financial Inc.
tbyington@kelleykronenberg.com

Anthony Kang on behalf of Creditor Future Fashions Inc.
Anthony.kang@saul.com

Anthony Kang on behalf of Creditor TianYa Corporation Limited
Anthony.kang@saul.com

Steven W Kelly on behalf of Creditor AmCap Richmond, LLC
skelly@s-d.com

AKERMAN LLP, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL  33301-2999

Marian Kennady on behalf of Creditor Creekstone Cedar Lodge III, LLC
bankruptcy@vanlawfl.com

Marian Kennady on behalf of Creditor Davidson Fink
bankruptcy@vanlawfl.com

Marian Kennady on behalf of Creditor Sheridan Plaza LLC
bankruptcy@vanlawfl.com

David B Marks on behalf of Trustee Margaret J. Smith
brett.marks@akerman.com, charlene.cerda@akerman.com

Andrea R Meenach-Decker on behalf of Creditor Hart TC I-III, LLC
RDecker@bakerdonelson.com, tgoff@bakerdonelson.com;mfigari@bakerdonelson.com

Stephen A Metz on behalf of Creditor Saul Holdings Limited Partnership
smetz@offitkurman.com

Kevin Newman on behalf of Creditor Inland Commercial Real Estate Services, LLC
knewman@menterlaw.com, kmnbk@menterlaw.com

Rachel Obaldo on behalf of Creditor Texas Comptroller of Public Accounts
bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

T Lawrence Palmer, Esq on behalf of Creditor PA Department of Revenue
lpalmer@attorneygeneral.gov

Christina V Paradowski on behalf of Creditor Czech Asset Management, LP
cvp@trippscott.com, bankruptcy@trippscott.com

Patricia A Redmond on behalf of Debtor AA Bridal Midwest, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor AA Bridal Nebraska, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor AA Bridal Northeast, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor AA Bridal, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor AA Florida Bridal Retail Company, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Alfred Angelo (Australia) Pty, Ltd.
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

AKERMAN LLP, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL  33301-2999

Patricia A Redmond on behalf of Debtor Alfred Angelo - The Bride's Studio, No. 3, Inc.
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Alfred Angelo Canada ULC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Alfred Angelo Investment China I
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Alfred Angelo Investment China III
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Alfred Angelo Investment Company, Limited (Hong Kong)
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Alfred Angelo Newco, Inc.
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor BridesMart, LP
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor DJ Fashions, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Hacienda Brides
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor PF International, Inc.
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Piccione Fashions Ltd.
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Piccione Fashions UK LTD
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Debtor Zhuhai Haiping Wedding DRESS Design LTD
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party AA Bridal Midwest, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

**AKERMAN LLP, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999**

Patricia A Redmond on behalf of Interested Party AA Bridal Nebraska, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party AA Bridal Northeast, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party AA Bridal, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo (Australia) Pty, Ltd.
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo - The Bride's Studio, No. 3, Inc.
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo Canada ULC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo Investment China I
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo Investment China III
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo Investment Company, Limited (Hong Kong)
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Alfred Angelo Newco, Inc.
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party BridesMart, LP
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party DJ Fashions, LLC
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Hacienda Brides
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party PF International, Inc.
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

AKERMAN LLP, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

Patricia A Redmond on behalf of Interested Party Piccione Fashions Ltd.
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Piccione Fashions UK LTD
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

Patricia A Redmond on behalf of Interested Party Zhuhai Haiping Wedding DRESS Design LTD
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com

James N Robinson on behalf of Creditor CardConnect, LLC
jrobinson@whitecase.com, sgoodrich@whitecase.com

Grace E. Robson, Esq. on behalf of Interested Party Prime Group International Co., Ltd.
grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com,lgener@mrthlaw.com

Mark S. Roher, Esq. on behalf of Creditor Deborah Hightower
mroher@markroherlaw.com, ecf@markroherlaw.com,markroher@me.com,ecf2@markroherlaw.com

Mark S. Roher, Esq. on behalf of Plaintiff Deborah Hightower
mroher@markroherlaw.com, ecf@markroherlaw.com,markroher@me.com,ecf2@markroherlaw.com

Jeffrey C. Roth, Esq on behalf of Creditor Ivy Quorum Property, LLC
jeff@rothandscholl.com, christine@rothandscholl.com

Cheryl T Sloane on behalf of Creditor CardConnect, LLC
csloane@whitecase.com, joseph.pack@whitecase.com

Margaret J. Smith
msmith@mjstrustee.com, FL32@ecfcbis.com;msams@mjstrustee.com;mjs@trustesolutions.net

Steven J. Solomon, Esq. on behalf of Creditor Arbor Walk
steven.solomon@gray-robinson.com, lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Creditor Plaza at Buckland Hills, LLC
steven.solomon@gray-robinson.com, lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Creditor Washington Prime Group Inc.
steven.solomon@gray-robinson.com, lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Trustee Charles M. Berk, Liquidating Trustee
steven.solomon@gray-robinson.com, lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

David Neal Stern on behalf of Creditor G&C Arbors Investors, LLC
dnstern@fwblaw.net, mkassower@fwblaw.net;rbyrnes@fwblaw.net;davidnstern@gmail.com

Theodore B Stolman on behalf of Creditor Riverside Hamner Properties, LLC
ted.stolman@ffslaw.com

Charles M Tatelbaum on behalf of Creditor Czech Asset Management, LP
cmt@trippscott.com, hbb@trippscott.com;cvp@trippscott.com;eservice@trippscott.com

James A Timko on behalf of Interested Party Rossmore Enterprises

jtimko@shutts.com

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, cmartin@simon.com;antimm@simon.com;bankruptcy@simon.com

Angela J Wallace on behalf of Creditor Broward County
ajwallace@broward.org, swulfekuhle@broward.org

H Elizabeth Weller on behalf of Creditor City of Frisco
dallas.bankruptcy@publicans.com

H Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

Stuart F Wilson-Patton on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

Steven R Wirth on behalf of Trustee Margaret J. Smith
steven.wirth@akerman.com,
Corinne.bylone@akerman.com;Jennifer.meehan@akerman.com;Katherine.fackler@akerman.com;john.dicks@akerman.com

**17-18864-MAM Notice will not be electronically mailed to:**

Charles M. Berk, Liquidating Trustee
GrayRobinson
333 SE 2nd Avenue, Suite 3200
Miami, FL 33131

Stan L. Crooks
Auction America, Inc.
1100 Barnett Drive #12
Lake Worth, FL 33461

Carol L Fox
GlassRatner
200 E. Broward Blvd, #1010
Ft. Lauderdale, FL 33301

John Marshall
c/o JM Partners LLC
6800 Paragon Pl #202
Richmond, VA 23230-1656

Stuart J Miller on behalf of
Plaintiff Deborah Hightower
132 Nassau St #1100
New York, NY 10038

John Mitchell
261 Old York Rd #900
Jenkintown, PA 19046

Robert Nielsen
3300 Fernbrook Lane North #225
Plymouth, MN 55447

Mary E Olsen on behalf of
Plaintiff Deborah Hightower
210 S Washington Ave
Mobile, AL 36602

David L Pollack, Esq on behalf of
Creditor Brixmor Property Group
1736 Market St 51 fl
Philadelphia, PA 19103

Don Stecker on behalf of
Creditor Bexar County
Linebarger Gogan Blair & Sampson, LLP
711 Navarro St., Ste 300
San Antonio, TX 78205

Katharine A Walker
2325 Lake Debra Dr #414
Orlando, FL 32835